IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON JAMAR WHITE                                                                                   PLAINTIFF

v.                                       NO. 3:08CV00196 JLH

STEVE METCALF, *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of January, 2009.

*[signature: J. Leon Holmes]*
UNITED STATES DISTRICT JUDGE